UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FERRATE TREATMENT TECHNOLOGIES, LLC,**

          Plaintiff,

-vs-                          Case No. 6:06-cv-1565-Orl-28KRS

**LEE CIAMPI,**

          Defendant.
_____

# ORDER

This case is before the Court on Plaintiff's Amended Motion for Attorney's Fees as to Amount (Doc. No. 29) filed January 12, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed March 27, 2007 (Doc. No. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Amended Motion for Attorney's Fees as to Amount is **GRANTED in part.**

    3.    Plaintiff is awarded $12,626.25 in attorneys' fees under 28 U.S.C. § 1447 (c).

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __16__ day of April, 2007.

_____<br>
JOHN ANTOON II<br>
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party